UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORI CHAVEZ-DEREMER,[1]
Secretary of Labor, United States
Department of Labor,

        Plaintiff,

v.                                                                    Case No. 3:23-cv-00835-TJC-LLL

LOCAL 1408, INTERNALTIONAL
LONGSHOREMAN'S
ASSOCIATION, AFL-CIO, INC.,

        Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING CERTIFICATION OF ELECTION

Plaintiff, LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the Department of Labor, and pursuant to the Order of this Court dated November 6, 2024 (Doc. 36), hereby states as follows:

The Defendant held a supervised election on December 8, 2025. Subsequent to the election, the Department of Labor's Office of Labor-Management Standards received post-election protests, which it investigated and resolved. The results of the election are final.

The Department of Labor now certifies to the Court the names of the persons elected to serve as the duly elected officers of Defendant. *See* Certification of Election,

---

[1] Pursuant to Rule 25(d), Fed. R. Civ. P., Lori Chavez-Deremer, who was confirmed as the Secretary of the U.S. Department of Labor on or about March 11, 2025, is substituted as a party defendant in place of Julie A. Su, the former Secretary of the U.S. Department of Labor.

attached hereto as **Exhibit 1**, including the Declaration of Molly Wagoner, attached hereto as **Exhibit 1-A**. The Department of Labor also certifies that the supervised election was held in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-83, and in conformity with the Defendant's constitution and bylaws. *See* Exhibit 1, Exhibit 1-A.

In light of the above, Plaintiff requests that the Court enter a final judgment declaring that the persons certified have been elected as shown by the certification.

Dated: March 16, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Ronnie S. Carter*
RONNIE S. CARTER
Assistant United States Attorney
Florida Bar No. 0948667
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6322/6300
Facsimile No. (904) 301-6240
Email: Ronnie.Carter@usdoj.gov
*Attorneys for Plaintiff*

cc:    Claire E. Kenny
       Senior Attorney
       Office of the Solicitor
       Civil Rights and Labor-
          Management Division
       U.S. Department of Labor
       200 Constitution Ave NW,
       Rm N2474
       Washington, DC 20210

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 16, 2026, I electronically filed the foregoing

document with the Clerk of the Court by using the CM/ECF system, which will send a

notice of electronic filing to the following CM/ECF participant:

> Noel Lawrence, Esquire
> Law Office of Noel G. Lawrence, P.A.
> 101 E. Union Street
> Jacksonville, FL 32202
> Email: NGLawren@lpn.com

> /s/ Ronnie S. Carter
> RONNIE S. CARTER
> Assistant United States Attorney